WILLIAM CLICK, Appellant, *v.* ABENDROTH & ROOT MANUFACTURING COMPANY, Respondent.

*Click* v. *Abendroth & Root Manfg. Co.*, 163 App. Div. 862, affirmed.
(Argued April 19, 1916; decided May 9, 1916.)

APPEAL from a judgment, entered April 13, 1914, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The plaintiff's injuries were caused by molten metal spilled from a large ladle which was being carried near where the plaintiff was standing. The cause of the spilling of the metal was that the men who were carrying it, or some of them, "in some manner collided" with other men returning to the furnace for another load.

*Robert H. Barnett* for appellant.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.